

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 1, 2024**

_____
United States Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS

| | |
|---|---|
| In re:<br><br>ISMAIL ESSA BHAI,<br><br>        Debtor.<br><br>───────────────────────<br><br>BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P. and BSP OF FINANCE, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>ISMAIL ESSA BHAI,<br><br>        Defendant. | Case No. 23-30690-sgj7<br><br>Chapter 7<br><br><br><br>Adversary Proceeding<br><br>No. 23-03042-sgj |

### ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on the *Motion for Summary Judgment* [DE 112] (the "Motion") filed by Benefit Street Partners Realty Operating Partnership, L.P. and BSP OF Finance, LLC (collectively, "Plaintiff") for entry of an order granting summary judgment in Plaintiff's

favor. The Court held a hearing on the Motion on June 10, 2024 (the "Hearing"). The Court having considered the Motion and the arguments of counsel at the Hearing, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **DENIED**.

# # # END OF ORDER # # #

Presented by:

NELSON MULLINS RILEY & SCARBOROUGH, LLP
Adam D. Herring (admitted *pro hac vice*)
Georgia Bar No. 441119
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: (404) 322-6143 / Fax: (404) 322-6050
adam.herring@nelsonmullins.com

*Counsel for Benefit Street Partners Realty Operating Partnership, L.P. and BSP OF Finance, LLC*